IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY S. HARLEY, | No.: 1:23-286 |
| Plaintiff, | *Electronically Filed* |
| vs. | |
| GREGG A. GASTON, | |
| Defendant. | |

## NOTICE OF REMOVAL

AND NOW, comes the Defendant, GREGG A. GASTON, by and through his attorneys, JEFFREY A. RAMALEY, ESQUIRE, and ZIMMER KUNZ, PLLC, and files the following Notice of Removal of the above-captioned action to the United States District Court for the Western District of Pennsylvania from the Court of Common Pleas of Erie County, Pennsylvania pursuant to 28 U.S.C. § 1441 et seq. and, in support thereof, avers as follows:

1. On July 28, 2023, Plaintiff Bethany S. Harley filed a complaint against Gregg A. Gaston in the Erie Court of Common Pleas at Docket Number 11763-2023.

2. Plaintiff Harley alleges that she is a citizen of Lewisville, Ohio.

3. Defendant Gaston is a citizen of Cedar Falls, Iowa.

4. Plaintiff Harley has alleged a claim of Negligence (Count I) against Defendant Gaston related to an alleged automobile accident on September 26, 2022, on Loomis Street.

5. Plaintiff's Complaint states that Plaintiff is seeking monetary damages in excess of $50,000.00, exclusive of interest and costs in relation to his claims.

02591255.DOCX 6456-3581

6. In this case, Plaintiff Harley has alleged, inter alia, multiple injuries, lost wages, medical bills and pain and suffering when she was struck by Defendant's motor vehicle while a pedestrian. See Plaintiff's Complaint at paragraphs 8-9. Defendant will contend that Plaintiff was walking in the middle of the road, at night, in dark clothing in heavy rain.

7. A copy of all process, pleadings, and Orders related to this matter are attached hereto and marked as Exhibit "A".

8. Defendant was served via Certified Mail on September 27, 2023.

9. The present Notice of Removal has been timely filed.

10. This Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as this is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interests and costs, and the litigation is between parties from different states.

11. Removal from state court to the United States District Court for the Western District of Pennsylvania is therefore permissible pursuant to 28 U.S.C. §§ 1441(a) and 1446.

12. All parties will receive written notice of the filing of the removal as required by 28 U.S.C. § 1446(d).

13. Notice of this removal will be provided to the Prothonotary of the Court of Common Pleas of Allegheny County in a Notice of Filing a Removal substantially similar to the example attached as Exhibit "B".

WHEREFORE, Defendant, Gregg A. Gaston, provides this Notice that the action is being hereby removed to the United States District Court for the Western District of Pennsylvania.

**A JURY TRIAL IS DEMANDED OF 12 JURORS IN THIS MATTER BY DEFENDANTS**

    Respectfully submitted,

    */s/ Jeffrey A. Ramaley, Esquire*
    JEFFREY A. RAMALEY, ESQUIRE
    Pa. I.D. #41559
    ZIMMER KUNZ, PLLC
    Firm #920
    310 Grant Street, Suite 3000
    Pittsburgh, PA 15219
    (412) 281-8000
    Counsel for Defendant,
    Gregg A. Gaston

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY S. HARLEY, | No.: |
| Plaintiff, | *Electronically Filed* |
| vs. | |
| GREGG A. GASTON, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within NOTICE OF REMOVAL was forwarded to counsel below named Via Email on the 10th day of October, 2023:

Paul G. Mayer, Jr., Esquire
Friday & Cox LLC
1405 McFarland Avenue
Pittsburgh, PA 15216
Email: **pmayer@fridaylaw.com**
(Attorney for Plaintiff)

Respectfully submitted,

*/s/ Jeffrey A. Ramaley, Esquire*
JEFFREY A. RAMALEY, ESQUIRE
Pa. I.D. #41559
ZIMMER KUNZ, PLLC
Firm #920
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000
Counsel for Defendant,
Gregg A. Gaston

02591255.DOCX 6456-3581