IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BETHANY S. HARLEY,

              Plaintiff,

vs.

GREGG A. GASTON,

              Defendant.

No. 1:23-cv-00286-SPB

## STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned lawsuit is voluntarily dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party shall bear its own costs.

FRIDAY & COX LLC

By: _____
Paul G. Mayer, Jr., Esquire
Friday & Cox LLC
1405 McFarland Avenue
Pittsburgh, PA 15216
Email: pmayer@fridaylaw.com
(Attorney for Plaintiff,
BETHANY S. HARLEY)

DATE: __4-22-2024__

ZIMMER KUNZ, PLLC

By: __/s/ Jeffrey A. Ramaley__
Jeffrey A. Ramaley, Esquire
Zimmer Kunz, PLLC
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
Email: Ramaley@zklaw.com
(Attorney for Defendant,
GREGG A. GASTON)

DATE: __4/23/2024__

IT IS SO ORDERED:

_____ J.

02663049.DOC 6456-3581