IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BETHANY S. HARLEY,    No. 1:23-cv-00286-SPB

                  Plaintiff,

vs.

GREGG A. GASTON,

                  Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned lawsuit is voluntarily dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party shall bear its own costs.

FRIDAY & COX LLC

By: _____
Paul G. Mayer, Jr., Esquire
Friday & Cox LLC
1405 McFarland Avenue
Pittsburgh, PA 15216
Email: pmayer@fridaylaw.com
(Attorney for Plaintiff,
BETHANY S. HARLEY)

ZIMMER KUNZ, PLLC

By: /s/ Jeffrey A. Ramaley
Jeffrey A. Ramaley, Esquire
Zimmer Kunz, PLLC
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
Email: Ramaley@zklaw.com
(Attorney for Defendant,
GREGG A. GASTON)

DATE: 4-22-2024

DATE: 4/23/2024

DATE: April 23, 2024

IT IS SO ORDERED:

_____
SUSAN PARADISE BAXTER
United States District Judge

02663049.DOC 6456-3581